IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA GRIFFIN, individually and
as administratrix for the estate of
Raymond Haggans Jr.                                                          PLAINTIFF

v.                       Case No. 4:09-cv-373-DPM

CITY OF BRYANT, ARKANSAS, a public
body corporate and politic; TONY
COFFMAN, in his official capacity as Chief
of Police for the City of Bryant, Arkansas;
JEFFERY W. PLOUCH, in his individual and
official capacity as a police officer for the
City of Bryant, Arkansas; and SHAWN
FULLINGTON, in his individual and
official capacity as a police officer for the
City of Bryant, Arkansas                                                    DEFENDANTS

ORDER

The parties have resolved their settlement dispute and jointly move to dismiss. The motion, *Document No. 43*, is granted. Griffin's complaint is dismissed with prejudice.

So Ordered.

                                    */s/ D.P. Marshall Jr.*
                                    D.P. Marshall Jr.
                                    United States District Judge

                                    14 Sept. 2011