# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DEBRA GRIFFIN, individually and
as administratrix for the estate of
Raymond Haggans Jr.**                                    **PLAINTIFF**

**v.**                     **Case No. 4:09-cv-373-DPM**

**CITY OF BRYANT, ARKANSAS, a public
body corporate and politic; TONY
COFFMAN, in his official capacity as Chief
of Police for the City of Bryant, Arkansas;
JEFFERY W. PLOUCH, in his individual and
official capacity as a police officer for the
City of Bryant, Arkansas; and SHAWN
FULLINGTON, in his individual and
official capacity as a police officer for the
City of Bryant, Arkansas**                              **DEFENDANTS**

## ORDER

The parties have resolved their settlement dispute and jointly move to

dismiss.  The motion, *Document No. 43*, is granted.  Griffin's complaint is

dismissed with prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_14 Sept. 2011_