# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DEBRA GRIFFIN, individually and
as administratrix for the estate of
Raymond Haggans Jr.**                                    **PLAINTIFF**

v.                          **Case No. 4:09-cv-373-DPM**

**CITY OF BRYANT, ARKANSAS, a public
body corporate and politic; TONY
COFFMAN, in his official capacity as Chief
of Police for the City of Bryant, Arkansas;
JEFFERY W. PLOUCH, in his individual and
official capacity as a police officer for the
City of Bryant, Arkansas; and SHAWN
FULLINGTON, in his individual and
official capacity as a police officer for the
City of Bryant, Arkansas**                          **DEFENDANTS**

## JUDGMENT

Debra Griffin's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

*14 Sept. 2011*